1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9    REX CHAPPELL,

10              Plaintiff,                    No. CIV S-01-1979 FCD KJM P

11         vs.

12   SAM BESS, et al.,

13              Defendants.              ORDER

14   _____/

15              Defendants have requested an extension of time to file and serve a reply to

16   plaintiff's September 30, 2005 opposition to defendants' motion for summary judgment.  Good

17   cause appearing, IT IS HEREBY ORDERED that:

18              1.  Defendants' October 4, 2005 application for an extension of time is granted;

19   and

20              2.  Defendants shall file and serve a reply to plaintiff's September 30, 2005

21   opposition to defendants' motion for summary judgment on or before October 21, 2005.

22   DATED: October 6, 2005.

23

24   _____
                    UNITED STATES MAGISTRATE JUDGE

25

26   /kf
     chap1979.36b