# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| REX CHAPPELL,<br><br>       Plaintiff - Appellant,<br><br>v.<br><br>SAM BESS; et al.,<br><br>       Defendants - Appellees. | No.  06-15805<br>D.C. No. CV-01-01979-<br>FCD/KJM<br><br><br>**ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 5/23/06