1  LAURENCE L. ANGELO, ESQ., SB No. 034528
   **ANGELO, KILDAY & KILDUFF**
2  Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5
6  Attorneys for Defendant M.D. QUIST

7                     **UNITED STATES DISTRICT COURT**

8                     **EASTERN DISTRICT OF CALIFORNIA**

9

   REX CHAPPELL,                         )   Case No.:  2:01-cv-01979-FCD-KJM
10                                        )
                          Plaintiffs,     )   **ORDER FOR SUBSTITUTION OF**
11                                        )   **COUNSEL**
                   vs.                    )
12                                        )
                                          )
13 SAMUEL BESS, M.D. QUIST, et al.,       )
                                          )
14                        Defendants.     )
15 —————————————————————————             )

16 TO:  ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

17         **PLEASE TAKE NOTICE** that Defendant M.D. QUIST substitutes as his counsel the

18 law firm of Angelo Kilday & Kilduff, 601 University Avenue, STE 150, Sacramento, CA 95825,

19 (916) 564-6100, for the law offices of Moreno and Rivera, LLP, 1451 River Park Drive, STE

20 145, Sacramento, CA 95815, (916) 922-1200.

21         PLEASE TAKE FURTHER NOTICE that Michael Quist, sued herein as "M.D. Quist",

22 consents to said substitution.

23  Dated:   December 11, 2008.

24
                                              */s/Michael D. Quist*
25                                            _____
                                                    MICHAEL QUIST
26

27

28

1         We accept said substitution of counsel.

2   Dated:  September 11, 2008.                  MORENO & RIVERA, LLP

3

4                                           */s/Jonathan B. Paul*
                            By:_____

5                                JONATHAN B. PAUL. ESQ.
                               Attorneys for Defendant

6                                MICHAEL QUIST

7

8         We accept said substitution of counsel.

9   Dated:  December 4, 2008.                  ANGELO, KILDAY & KILDUFF

10

11                                           */s/Laurence L. Angelo*
                            By:_____

12                               LAURENCE L. ANGELO, ESQ.
                             Attorneys for Defendant,

13                               MICHAEL QUIST

14

15                              **O R D E R**

16         IT IS SO ORDERED.

17

18   Dated:  February 17, 2009

19                                FRANK C. DAMRELL, JR.

20                                UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28