IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                  No. CIV S-01-1979 FCD KJM P

  vs.

SAM BESS, et al.,

      Defendants.           <u>ORDER</u>

         This matter came on for status conference on October 28, 2009. Plaintiff, proceeding pro se, appeared telephonically; Jesse Rivera appeared on behalf of defendant Bess; and Laurence Angelo appeared on behalf of defendant Quist. Based on the arguments of plaintiff and counsel for the defendants, the court's file, and good cause appearing, IT IS HEREBY ORDERED that:

         1. Defendants are granted thirty days within which to file a motion to dismiss regarding plaintiff's equal protection claim; and

/////

/////

/////

/////

1

2.  Trial is set for this matter on August 31, 2010 at 9:00 a.m. before the Honorable Frank C. Damrell, Jr.

DATED:  November 16, 2009.

_____
U.S. MAGISTRATE JUDGE

chap1979.oah

2