IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,               No. CIV S-01-1979 FCD KJM P

    vs.

SAM BESS, et al.,

      Defendants.       <u>ORDER</u>

                                 /

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel and set this matter for a status hearing. Joel Liberson has been selected by random draw from the court's attorney panel. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Joel Liberson shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he has any questions related to the appointment.

//

//

2. This matter is set for a status hearing at 10:00 a.m. on February 17, 2010 before the undersigned in Courtroom #26. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

3. The Clerk of the Court is directed to serve a copy of this order upon Joel Liberson, Liberson & Wolford LLP, 660 Market Street, 5th Floor, San Francisco, CA 94101.

DATED: January 5, 2010.

_____
U.S. MAGISTRATE JUDGE

1
chap1979.31