IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                    No. 2:01-cv-1979 FCD KJN P

    vs.

SAM BESS, et al.,

        Defendants.            <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding with counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action was reassigned to the undersigned magistrate judge on February 9, 2010,[1] and a status conference held on March 25, 2010. Attorney Phillip Allingham, recently appointed to represent plaintiff, appeared on behalf of Rex Chappell; defendant Sam Bess was represented by Jesse Rivera; and defendant Michael Quist was represented by Laurence Angelo.

        Pursuant to the status conference and the request of all parties that discovery be reopened, the court directed each party to file, on or before April 1, 2010, a statement setting forth with particularity each item of further discovery that is sought, the estimated time required

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

1

1 to complete each discovery item, a proposed deadline for completing all discovery, and a
2 suggested date to commence trial. Although each party is required to file a separate statement,
3 the parties are advised to confer and cooperate in making their respective suggestions to the
4 court. Upon receipt and review of each party's submission, the court will issue an order
5 addressing further proceedings in this case.

      SO ORDERED.

DATED: March 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chap1979.min.order.wpd