UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,                           NO. 2:01-cv-01979 FCD KJN P

      Plaintiff,

  v.                                    **O R D E R**

SAM BESS, et. al.,

      Defendants.
_____/

    Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge". <u>See</u> 28 U.S.C. §636(a)(5) and (c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kendall J. Newman.  The parties shall please take note that all documents hereafter filed with the

1  Clerk of the Court shall bear case No. **2:01-cv-01979 KJN P.** All
2  currently scheduled dates presently set before Judge Damrell are
3  hereby **VACATED**.

4  DATED: July 29, 2010          /s/ Frank C. Damrell, Jr.
                                 FRANK C. DAMRELL, JR.
5                                UNITED STATES DISTRICT JUDGE

7       Having also reviewed the file, I accept reference of this
8  case for all further proceedings and entry of final judgment.
9  DATED:  July 29, 2010

                                 _____
                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE