UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAMUEL BESS, M.D. QUIST, et al.,<br><br>　　　　　　Defendants. | Case No.:  2:01-CV-01979-KJN P<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE DISCOVERY** |

　　　WHEREAS, the Court has ordered Defendants M.D. QUIST and SAM BESS complete discovery by August 31, 2010 and file motion(s) to compel, if necessary, by August 2, 2010;

　　　WHEREAS, Plaintiff REX CHAPPELL was in a jury trial in Case No. 02-2299 GEB GGH P for several days in July 2010 and transported between prison institutions for that trial;

　　　WHEREAS, Defendant CHERYL PLILER filed an answer on June 24, 2010;

　　　WHEREAS, the Court ordered Defendant PLILER complete discovery by September 30, 2010 and file any motion(s) to compel by September 3, 2010;

　　　WHEREAS, IT IS STIPULATED between the parties due to, in part, Plaintiff's unavailability in July 2010, Defendants M.D. QUIST and SAM BESS have until September 30, 2010 to conduct discovery and until September 3, 2010 to file motions to compel.  The parties also stipulate that Plaintiff shall be able to conduct discovery with Defendants QUIST and BESS and file any motions to compel according to the same deadlines.  This stipulation does not

1  request a change to the current discovery deadlines with respect to Defendant CHERYL
2  PLILER.

3  Dated: July 29, 2010                           LIBERSON & WOLFORD, LLP

4                                                         */s/ Philip G. Allingham*
5                                                          (via e-mail authorization)
                                                    By:_____
6                                                          JOEL K. LIBERSON
                                                           PHILIP G. ALLINGHAM
7                                                          Attorneys for Plaintiff

8

9
   Dated: July 29, 2010                           MORENO & RIVERA
10

11                                                        */s/ Jesse M. Rivera*
                                                           (via e-mail authorization)
12                                                  By:_____
                                                           JESSE M. RIVERA
13                                                         Attorneys for Defendant, SAM BESS

14
   Dated:  July 29, 2010                          EDMUND G. BROWN, JR.
15                                                Attorney General of California
                                                  TRACY S. HENDRICKSON
16                                                Supervising Deputy Attorney General

17
                                                          */s/ James E. Flynn*
18                                                         (via e-mail authorization)
                                                    By:_____
19                                                         JAMES E. FLYNN
                                                           Deputy Attorney General
20                                                         Attorneys for Defendant, PLILER

21

22
   Dated:  July 29, 2010                          ANGELO, KILDAY & KILDUFF
23
                                                          */s/ Susan A. DeNardo*
24                                                  By:_____
                                                           SUSAN A. DeNARDO
25                                                         Attorneys for Defendant, M.D. QUIST

26  00040826

27  ///

28

1 **ORDER**

2  GOOD CAUSE APPEARING therefor, it is ordered that discovery between Defendants
3 M.D. QUIST, SAM BESS, and Plaintiff shall close on September 30, 2010.  Any motions
4 necessary to compel discovery between these three parties shall be filed on or before September
5 3, 2010.  This order does not change the current identical discovery deadlines set with respect to
6 Defendant CHERYL PLILER.

7  DATED:  August 2, 2010

8                                                         /s/ Kendall J. Newman_____
                                                        KENDALL J. NEWMAN
9                                                         UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28