Print Form



FILED

AUG 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Chappell

          Plaintiff(s)

vs.

Bess, et al.

          Defendants.

No. 2:01-cv-1979-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Philip G. Allingham, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on February 1, 1010, by the Honorable Kimberly J. Mueller, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Depositions of Bess and Quist, Defendants.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 310.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:01-cv-1979-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $110 | Mileage (San Francisco to Sacramento, Roundtrip) 220 Miles | $110 |
| $10 | Bridge Toll | $10 |
| $150 | Accommodation | $150 |
| $40 | Parking (2 days at $20 per day) | $40 |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of August, 20 10, at San Francisco, California.

_____
Attorney for Plaintiff(s)

The above expenditure is  ✓ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 8/10/10

_____
United States District Judge/Magistrate