UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REX CHAPELL,                                          No. 2:01-cv-01979-KJN P

        Plaintiff,
                                                      STIPULATION AND [PROPOSED]
        v.                                    ORDER TO CONTINUE DISCOVERY

SAM BESS, et. al.,

        Defendants.
_____/

WHEREAS, on September 14, 2010 the court ordered the following deadlines regarding discovery:

| | |
|---|---|
| Initial Disclosures: | October 1, 2010 |
| Discovery Motions: | October 28, 2010 |
| Non-Expert Discovery: | November 19, 2010 |
| Expert Disclosure and Reports: | January 31, 2011 |
| Rebuttal Expert Disclosure and Reports: | March 31, 2011 |
| Close of Expert Discovery: | May 31, 2011 |
| Last Day to Hear Dispositive Motions: | July 28, 2011; and, |

WHEREAS, all parties have served Initial Disclosures; and

WHEREAS, Plaintiff REX CHAPPELL's deposition was taken on September 23, 2010; and,

WHEREAS, Defendant CHERYL K. PLILER's deposition was taken on October 21, 2010; and,

1  WHEREAS, Defendant SAM BESS's deposition was taken on October 25, 2010; and

2  WHEREAS, Defendant M.D. QUIST's deposition was taken on October 26, 2010; and

3  WHEREAS, pursuant to FRCP Rule 30, and estimates provided by the deposition court

4  reporter to Plaintiff's counsel and attorneys for SAM BESS and CHERYL PLILER, review of

5  the deposition transcripts will not be concluded until approximately the middle of December,

6  2010, and,

7  WHEREAS, Defendant M.D. QUIST has propounded written discovery on Plaintiff REX

8  CHAPPELL the date said discovery being due October 28, 2010; and,

9  WHEREAS, Defendant SAM BESS has pounded written discovery on Plaintiff REX

10 CHAPPELL, the date of said discovery being due on or about October 29, 2010; and,

11 WHEREAS, according to his counsel's understanding Plaintiff REX CHAPPELL is an

12 inmate housed in High Desert State Prison, Susanville, California and only able to communicate

13 with counsel via written mail; and

14 WHEREAS, the parties are willing to enter into an agreement to extend the due date of

15 currently pending written discovery responses to a date certain or agreed upon between the

16 propounding and responding parties; and,

17 WHEREAS, based on the foregoing facts, IT IS HEREBY STIPULATED AND

18 AGREED BY AND BETWEEN THE UNDERSIGNED PARTIES OR COUNSEL FOR THE

19 PARTIES HERETO the parties hereby respectfully ask the court to extend the deadlines as

20 follows:

| | |
|---|---|
| Filing of Non-Expert Discovery Motions: | January 14, 2011 |
| Close of Non-Expert Discovery | February 17, 2011 |
| Expert Disclosure and Reports: | April 29, 2011 |
| Rebuttal Expert Disclosure and Reports: | June 29, 2011 |
| Close of Expert Discovery: | August 29, 2011 |
| Last Day to Hear Dispositive Motions: | October 30, 2011. |

Dated: 10/29/2010                    LIBERSON & WOLFORD, LLP

By: /s/ Philip G. Allingham
    JOEL K. LIBERSON
    PHILIP G. ALLINGHAM
    Attorneys for Plaintiff

1  
2  Dated: 10/29/2010                                   MORENO & RIVERA

3  
4                                                      By:  /s/ Jesse M. Rivera  
                                                            JESSE M. RIVERA  
                                                            Attorneys for Defendant, SAM BESS
5  
6  Dated:  10/29/2010                                  EDMUND G. BROWN, JR.  
                                                       Attorney General of California  
7                                                      TRACY S. HENDRICKSON  
                                                       Supervising Deputy Attorney General  
8                                                      JAMES E. FLYNN  
                                                       Deputy Attorney General
9  
10  
                                                       By:__/s/ James E. Flynn_____  
11                                                          JAMES E. FLYNN  
                                                            Deputy Attorney General  
12                                                          Attorneys for Defendant, PLILER
13  
14  
    Dated:  10/29/2010                                 ANGELO, KILDAY & KILDUFF
15  
16                                                     By:__/s/ Susan A. DeNardo_____  
                                                            SUSAN A. DeNARDO  
17                                                          Attorneys for Defendant, M.D. QUIST
18  
19  ///  
20  ///  
21  ///  
22  ///  
23  ///  
24  ///  
25  ///  
26  ///  
27  ///  
28

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the court sets the following deadlines:

| | |
|---|---|
| Filing of Non-Expert Discovery Motions: | January 14, 2011 |
| Close of Non-Expert Discovery | February 17, 2011 |
| Expert Disclosure and Reports: | April 29, 2011 |
| Rebuttal Expert Disclosure and Reports: | June 29, 2011 |
| Close of Expert Discovery: | August 29, 2011 |
| Last Day to Hear Dispositive Motions: | October 30, 2011. |

The substance of the court's prior discovery orders shall remain in effect.

Dated:  November 1, 2010

                                            _/s/ Kendall J. Newman_____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DEADLINES