IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                    No. 2:01-cv-01979 FCD KJN P

     vs.

SAM BESS, et al.,

      Defendants.               ORDER

_____/

        For good cause shown, the court approves the motion and stipulation of the parties filed January 1, 2011 (Dkt. No. 164), to extend the discovery motion filing deadline in this action from January 14, 2011 (see Dkt. No. 162), to and including March 1, 2011.

        IT IS SO ORDERED.

DATED: January 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chap1979.eot.1.19.11

1