IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

     Plaintiff,          No.  2:01-cv-01979 KJN P

    vs.

SAM BESS, et al.,

     Defendants.     ORDER

/

        Presently pending before the court are the following matters:  (1) the motion of plaintiff's appointed co-counsel to withdraw, for which the court has ordered additional briefing; and (2) a motion for summary judgment filed by one of the two defendants (Quist).  Both matters are currently scheduled for hearing on April 28, 2011, although the court has indicated it will consider the motion of plaintiff's co-counsel to shorten time to hear their motion to withdraw once further briefing is completed.

        Given the pendency of the early-filed dispositive motion (the deadline for hearing dispositive motions is October 30, 2011 (Dkt. No. 162)), in tandem with the pending motion of plaintiff's counsel to withdraw, the court requires additional briefing regarding the apparent urgency of Quist's motion.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for defendant Quist shall, with seven days after the filing date of this order, inform the court in writing whether Quist's motion for summary judgment is urgent and, if so, why; and

2. Plaintiff's counsel shall, within seven days thereafter, file a reply.

SO ORDERED.

DATED: April 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kathy, chap1979.fb