IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                      No. 2:01-cv-01979 KJN P

     vs.

SAM BESS, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a California state prisoner proceeding in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 6, 2011, this court granted the motion of plaintiff's previously appointed co-counsel to withdraw their representation of plaintiff, and authorized the appointment of new counsel.  Scott Handleman has now been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Scott Handleman is appointed as counsel in the above entitled matter.

        2.  Plaintiff's former co-counsel, Joel Liberson and Philip Allingham, shall cooperate with Mr. Handleman by facilitating the transmission of all records and information, written and oral, which is essential to the representation of plaintiff's best interests.

1        3.  Mr. Handleman shall notify Sujean Park at (916) 930-4278, or via email at
2  spark@caed.uscourts.gov if he has any questions related to the appointment.
3        4.  The Clerk of the Court is directed to serve a copy of this order upon Scott
4  Handleman, 115 ½ Bartlett Street, San Francisco, California 94110.
5        SO ORDERED.
6  DATED:  May 13, 2011

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

10  chap1979.31(b)