1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REX CHAPPELL,

11           Plaintiff,                         No.  2:01-cv-01979 KJN P

12        vs.

13   SAM BESS, et al.,

14           Defendants.                        ORDER
     _____/

15

16          On May 16, 2011, this court appointed attorney Scott Handleman to represent

17   plaintiff in this action, pursuant to 28 U.S.C. 1915(e)(1).  Former co-counsel Joel Liberson and

18   Philip Allingham were directed to cooperate with Mr. Handleman by facilitating the transmission

19   of all records and information, written and oral, essential to represent plaintiff's best interests in

20   this ten-year-old case.  The deadline for filing dispositive motions in this action remains October

21   30, 2011, premised on the assumption that the continued discovery deadlines[1] remain reasonable

22   despite the change in plaintiff's representation.  (Dkt. No. 162.)

23   ////

24   ////

25

26          [1]  Nonexpert discovery closed on February 17, 2011; close of expert discovery is set for
     August 29, 2011.  (Dkt. No. 162 at 4.)

                                          1

1    In order to assess the current status of this case, the parties[2] are directed to file,

2    within thirty days after the filing date of this order, separate status reports setting forth the status

3    of discovery in this action, and the reasonableness of the current deadlines for completing

4    discovery and filing dispositive motions.  Any request for an extension of time shall be supported

5    by an explanation why the current deadline is impracticable, and why an alternative date,

6    specifically proposed, is both warranted and reasonable.  In addition, each party shall indicate

7    whether there is any reasonable possibility to achieve a settlement in this action and, if so,

8    whether each party consents to the undersigned presiding over an early settlement conference.

9          SO ORDERED.

10   DATED:  June 15, 2011

11

12                                                 _____
                                                    KENDALL J. NEWMAN
13                                                 UNITED STATES MAGISTRATE JUDGE

14   chap1979.stat

15

16

17

18

19

20

21

22

23

24

25

26
     [2]  Each of the three parties (plaintiff and two defendants) is represented by separate
     counsel.  Accordingly, three separate status reports shall be filed.