IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

     Plaintiff,                  No. 2:01-cv-01979 KJN P

    vs.

SAM BESS, et al.,

     Defendants.           ORDER

/

        All parties have filed status reports responsive to this court's order filed June 16, 2011, following the court's appointment of new counsel to represent plaintiff. Pursuant to the court's review of each report, IT IS HEREBY ORDERED that:

        1. No adjustments are required in the discovery deadlines. Nonexpert discovery closed on February 17, 2011; close of expert discovery shall remain August 29, 2011.

        2. The deadline for hearing dispositive motions shall remain October 30, 2011.

        3. Subsequent to each defendant filing their respective status report, plaintiff filed his status report wherein he offered to settle this action for $5000 from each defendant. Although each defendant previously stated their unwillingness to settle this action, counsel for the parties may wish to further pursue the matter. Should counsel for any defendant, together with plaintiff's counsel, determine that a settlement conference may be helpful, they should so inform

1  the court to request a date, and indicate whether the parties consent to the undersigned presiding
2  over the settlement conference.
3          SO ORDERED.
4  DATED: August 19, 2011

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

chap1979.8.15.11.stat