IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,                      No. 2:01-cv-01979 KJN P

    vs.

SAM BESS, et al.,

    Defendants.              ORDER

_____/

        Counsel for all parties have filed a Joint Statement indicating that they have "broadly agreed on terms for the settlement of this matter," and "are in the process of finalizing the working of a settlement agreement," which they anticipate may be finalized within 60 days. (<u>See</u> Dkt. No. 225 at 2; <u>see also</u> Dkt. No. No. 223.)

        For good cause shown, IT IS HEREBY ORDERED that:

        1. The parties shall, within 60 days after the filing date of this order, file a Notice of Settlement; OR

        2. A Joint Statement requesting that pretrial and trial dates be set.

DATED: September 10, 2012

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

chap1979.sett.tent.wpd