1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| REX CHAPPELL, | ) | Case No.: 2:01-CV-01979-KJN P |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION FOR** |
| | ) | **VOLUNTARY DISMISSAL PURSUANT** |
| vs. | ) | **TO FRCP 41(a)(1)(A)(ii) AND** |
| | ) | **[PROPOSED] ORDER** |
| SAMUEL BESS, M.D. QUIST, et al. | ) | |
| | ) | **Trial Date: None Set** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the entire action shall be dismissed with prejudice. Each side shall bear their own costs and fees, including all attorney fees.

Dated: December 3, 2012

　　　　　　　　　　　　　　　　　*/s/ Scott Handleman (as authorized on December 3, 2012)*
　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　SCOTT HANDLEMAN, ESQ.
　　　　　　　　　　　　　　Attorney for Plaintiff REX CHAPPELL

-1-
AMENDED STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND [PROPOSED] ORDER

| | | |
|---|---|---|
| Dated: November 28, 2012 | | RIVERA & ASSOCIATES |

*/s/ Jesse Rivera* (as authorized on November 28, 2012)
By: _____
JESSE RIVERA, ESQ.
Attorney for Defendant SAMUEL BESS

Dated: December 4, 2012

KAMALA D. HARRIS
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

*/s/ James E. Flynn* (as authorized on December 4, 2012)
By: _____
JAMES E. FLYNN, ESQ.
Attorney for Defendant CHERYL PLILER

Dated: December 3, 2012

ANGELO, KILDAY & KILDUFF

*/s/ Kevin J. Dehoff*
By: _____
KEVIN J. DEHOFF, ESQ.
Attorney for Defendant M.D. QUIST

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The Clerk of Court is directed to close this case.

**Date: 12/5/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE